UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Amar A. Agrawal, Esquire
Eisenberg, Gold & Agrawal, P.C.
1040 North Kings Highway, Suite 200
Cherry Hill, New Jersey 08034
(856) 330-6200
File No. FF-2192-A

In Re:

Steven A. Brown,
Debtor.

Case No.: 24-22747

Chapter: 7

Judge: Andrew B. Altenburg Jr.

**NOTICE OF APPEARANCE**

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of **The First National Bank of Elmer**. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS: Amar A. Agrawal, Esquire
Eisenberg, Gold & Agrawal, P.C.
1040 North Kings Highway, Suite 200
Cherry Hill, New Jersey 08034

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

Date: 01/09/2025

/s/ Amar A. Agrawal
Signature