LAVIN, CEDRONE, GRAVER, BOYD & DISIPIO
Formed in the State of PA
Regina Cohen
Suite 500 190 North Independence Mall West 6th & Race Streets
Philadelphia, PA 19106
Tel: (215) 351-7551
Fax: (215) 627-2551
E-mail: RCohen@lavin-law.com
Attorney for Movant

**ATTORNEY FOR MOVANT: ALLY CAPITAL**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**
***CAMDEN DIVISION***

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 24-22747-ABA |
| | § | |
| STEVEN A. BROWN, Debtor | § | CHAPTER 7 |
| | § | |
| | § | Hearing date: February 11, 2025@10:00 |
| | § | A.M. |
| | § | |
| | § | **NOTICE OF MOTION TO VACATE** |
| | § | **AUTOMATIC STAY** |

TO:

Jeffrey Kurtzman
2 Kings Highway West, Ste 102
Haddonfield, NJ 08033

Steven A. Brown
114 N Martindale Avenue
Ventnor City, NJ 08406

Joseph Marchand
106 Hickory Court
Mullica Hill, NJ 08062
jdmarchand@comcast.net

U.S. TRUSTEE
One Newark Center Ste 2100
Newark, NJ 07102
USTPRegion03.NE.ECF@usdoj.gov

PLEASE TAKE NOTICE that on **Tuesday,February 11, 2025 at 10:00 A.M.**, or as soon as the matter may be heard, the undersigned, attorneys for Secured Creditor **Ally Capital** its assignees and/or successors in interest, will move before the Honorable Andrew B. Altenburg Jr. of the United States Bankruptcy Court, 400 Cooper Street, 4th Floor, Camden, N.J. 08101 for the entry of an *Order Vacating the Automatic Stay* with respect to Debtor's 2020 Ram Promaster Cargo Van 1500 Low Roof Van 3D, V.I.N. 3C6TRVAG9LE109846, and allowing Ally Capital to continue or institute a repossession action, by reason of the Debtor's failure to make regular monthly payments to Ally Capital. Responses are due on or before February 04, 2025.

Respectfully Submitted,

Lavin, Cedrone, Graver, Boyd & DiSipio
Attorney for Movant

Dated : January 14, 2025

*/s/ Regina Cohen*
**Regina Cohen**