Ellen M. McDowell, Esq.
McDOWELL LAW, PC
46 West Main Street
Maple Shade, NJ 08052
(856) 482-5544
emcdowell@mcdowelllegal.com
Attorneys for Creditor, Jill Belinsky

---

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IN THE MATTER OF: | : | CHAPTER 7 |
| STEVEN A. BROWN, | : | CASE #24-22747/ABA |
| Debtor. | : | |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICES**

ELLEN M. McDOWELL, ESQ. and McDOWELL LAW, PC hereby enter their appearance pursuant to Fed R Bankr. P. 9010, as attorneys for Creditor, JILL BELINSKY with regard to all matters and proceedings in the above captioned case, showing counsel's name, law office name, address, and telephone number as follows:

Ellen M. McDowell, Esquire
McDowell Law, PC
46 West Main Street
Maple Shade, NJ 08052
(856) 482-5544
Attorneys for Creditor, Jill Belinsky

McDOWELL LAW, PC
Attorneys for Creditor, JILL BELINSKY

By: *Ellen M. McDowell*
ELLEN M. McDOWELL, ESQ.

DATED: January 22, 2025