**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>Steven A. Brown<br><br>*Debtor.* | **Chapter 7**<br><br>**Case No. 24-22747-ABA** |

**NOTICE OF APPEARANCE**

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of *Creditor, Silverang, Rosenzweig & Haltzman, LLC*. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS: Mark S. Haltzman, Esquire / PA Atty. ID No. 38957
SILVERANG, ROSENZWEIG & HALTZMAN, LLC
900 East 8th Avenue, Suite 300
King of Prussia, PA 19406
Main: (610) 263-0115
Direct: (610) 263-0131
Fax: (215) 754-4211
Email: mhaltzman@sanddlawyers.com

DOCUMENTS:

[X] All notices entered pursuant to Fed. R. Bankr. P. 2002.

[X] All documents and pleadings of any nature.

Date: 1/29/2025

/s/ Mark S. Haltzman
Signature

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| In re: | : | |
| Steven A. Brown | : | **Chapter 7** |
| *Debtor.* | : | **Case No. 24-22747-ABA** |

**CERTIFICATE OF SERVICE**

This is to certify that I have this 29th day of January, 2025, served the foregoing *Notice of Appearance* via the Court's electronic filing system (ECF) upon the following:

Jeffrey Kurtzman, Esquire
Kurtzman Steady LLC
2 Kings Highway West
Suite 102
Haddonfield, NJ 08033

Joseph D. Marchand, Chapter 7 Trustee
106 Hickory Court
Mullica Hill, NJ 08062

U.S. Trustee
US Dept of Justice
Office of the US Trustee
One Newark Center Ste 2100
Newark, NJ 07102

**SILVERANG ROSENZWEIG**
**& HALTZMAN, LLC**

By: /s/ Mark S. Haltzman
Mark S. Haltzman, Esquire
*Attorney for Creditor,*
*Silverang, Rosenzweig & Haltzman, LLC*