UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

McManimon, Scotland & Baumann, LLC
427 Riverview Plaza
Trenton, New Jersey 08611
Tel. 973-681-7979
Joseph R. Zapata, Jr., Esq. (jzapata@msbnj.com)
Attorneys for Joseph Marchand, Chapter 7 Trustee

In Re:

STEVEN A. BROWN,

Debtor.

Case No.: 24-22747 (ABA)

Chapter: 7

Judge: Andrew B. Altenburg Jr.

**NOTICE OF APPEARANCE**

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Joseph Marchand, Trustee. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS: c/o Joseph R. Zapata, Jr.
McManimon, Scotland & Baumann, LLC
427 Riverview Plaza
Trenton, New Jersey 08611

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

Date: May 8, 2025

/s/ Joseph R. Zapata, Jr., Esq.
Signature

*new.8/1/15*