**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1**

Jeffrey Kurtzman, Esquire (JK-7689)
**KURTZMAN | STEADY, LLC**
101 N. Washington Avenue, Suite 4A
Margate, NJ 08402
kurtzman@kurtzmansteady.com
Telephone: (215) 839-1222

Attorneys for Steven A. Brown, Debtor

In re:

STEVEN A. BROWN

Debtor.

Case No. 24-22747/(ABA)

Chapter 7

Judge Andrew B. Altenburg, Jr.

**CERTIFICATION OF SERVICE**

1. I, Jeffrey Kurtzman, Esquire ________:

☒ represent Steven A. Brown ________________ in this matter.

☐ am the secretary/paralegal for ________________________________, who represents ________________________________________ in this matter.

☐ am the ____________________ in this case and am representing myself.

2. On November 6, 2026 __________, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

**CERTIFICATION OF STEVEN BROWN**
**IN OPPOSITION TO MOTION OF MORPHEUS ONE, LLC FOR AN ORDER**
**PURSUANT TO 11 U.S.C. §362(d) VACATING THE AUTOMATIC STAY**

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: November 6, 2026

*/s/ Jeffrey Kurtzman*
Signature

| **Name and Address of Party Served** | **Relationship of Party to the Case** | **Mode of Service** |
|---|---|---|
| Moshie Solomon, Esquire<br>Two University Park, Suite 100<br>Hackensack, NJ 07601 | Attorney for Morpheus One, LLC | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other ________________<br>(as authorized by the court*) |
| | | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ________________<br>(as authorized by the court*) |
| | | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ________________<br>(as authorized by the court*) |